IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH STEVENS,

        Plaintiff,

v.

SAN MATEO COUNTY OF,

        Defendant.

No. C 04-02762 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 10, 2006.

DESIGNATION OF EXPERTS: 4/28/06; Rebuttal: 5/12/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by February 17, 2006;

    Opp. Due March 3, 2006; Reply Due March 10, 2006;

    and set for hearing no later than March 24, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 18, 2006 at 3:30 PM.

JURY TRIAL DATE: August 7, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be eight days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff's motion to quash is denied.
The Court granted the parties request to file briefs up to 35 pages when briefing dispositive motions.
The parties will be preparing a proposed protective order.
The mediation session scheduled before Magistrate-Judge Brazil may be continued to February 2006.
The Court adjusted the litigation schedule as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/17/05

                              SUSAN ILLSTON
                              United States District Judge