THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
DAVID A. SILBERMAN, DEPUTY (SBN 211708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4749
Fax: (650) 363-4034

Attorneys for Defendants
COUNTY OF SAN MATEO, et al.

FILED
OCT 19 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STEVENS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN MATEO, et al., <br><br> Defendants. | Case No. C 04-2762 SI <br><br> [PROPOSED] ORDER FOR DELIVERY OF PSYCHOTHERAPEUTIC RECORDS TO THE COURT <br><br> **Judge:** Honorable Susan Illston |

In accordance with section 5328, Calif. Welfare & Institutions Code, and good cause appearing, it is HEREBY ORDERED that Kaiser Foundation Hospitals and The Permanente Medical Group, Inc., shall deliver copies of the records described in Attachment A located at the Kaiser Permanante Medical Center / medical offices at Fremont, California, insofar as they exist, to the Honorable Susan Illston, of the above-named Court located at 450 Golden Gate Avenue, San Francisco, California. The copies shall be delivered on or before November 1, 2005 in a sealed envelope bearing the title of this action, the case number of this action, and the words: "CONFIDENTIAL – TO BE OPENED ONLY BY THE COURT."

IT IS SO ORDERED

DATED: 10/14, 2005

**SUSAN ILLSTON, JUDGE**
**United States District Court**

L:\LITIGATE\S_CASES\Stevens\Pleadings\[Proposed] ORDER ISO Document Release.doc

Case No. C 04-2762 SI                                  2
[PROPOSED] ORDER FOR DELIVERY OF PSYCHOTHERAPEUTIC RECORDS TO THE COURT