IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH STEVENS,            No. C 04-02762 SI

    Plaintiff,            **ORDER RE: MEDICAL RECORDS**

  v.

COUNTY OF SAN MATEO, et al.,

    Defendants.
 _____/

On February 25, 2005, plaintiff filed his second amended complaint in this matter, alleging, among other things, that defendant violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq.*, when it refused his request for leave to allow him to care for his daughter. Plaintiff claimed that defendant's refusal to grant him leave prevented him from caring for his daughter, which, in turn, caused him emotional distress. *See* Second Amended Compl. at ¶¶ 46-49.

On November 2, 2005, the Sixth Circuit Court of Appeals held that the FMLA does not provide for recovery of damages for emotional distress. *See Brumbalough v. Camelot Care Centers, Inc.*, -- F.3d --, 2005 WL 2861035, at *10-11 (6th Cir. 2005); *see also Washington v. Fort James Operating Co.*, 110 F. Supp. 2d 1325, 1334 (D. Or. 2000) ("The FMLA, however, does not provide damages for emotional distress."). Accordingly, the parties are hereby ORDERED to produce supplemental briefing on the issue whether plaintiff may proceed with his claim for emotional distress damages. The parties shall include in their briefs a discussion of the discoverability of Marlys Stevens's medical records if emotional distress damages are not available to plaintiff.

1   The briefs shall take the form of letter briefs of no longer than five pages. Plaintiff must file his letter
2   brief before November 11, 2005. Defendant must file a his response by November 16. Plaintiff's reply, if any,
3   is due November 18, 2005.

**IT IS SO ORDERED.**

Dated: November 4, 2005

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2